16-00142

Van Zandt County - District Clerk

Filed 5/16/2016 10:22:50 PM
Karen L. Wilson
District Clerk
Van Zandt County, Texas

Malisa Chaney

CAUSE NO. _____   16-00142

| | | |
|---|---|---|
| JAMES HALL,<br>Plaintiff, | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | IN THE DISTRICT COURT <br><br> 294 <br><br> ____ JUDICIAL DISTRICT <br><br><br> VAN ZANDT COUNTY, TEXAS |
| v. | | |
| PAUL BARNETTE AND B&N<br>CONTRACTORS,<br>Defendants. | | |

## PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, James Hall, Plaintiff, and files Plaintiff's Original Petition and Request for Disclosure, complaining of Defendants, Paul Barnette and B&N Contractors, and would show unto the Court as follows:

### I.   SELECTION OF DISCOVERY LEVEL

1.   This suit is governed by discovery control plan II under Rule 190.3 of the Texas Rules of Civil Procedure.

### II.   PARTIES

2.   Plaintiff, James Hall, is an individual whose address is 423 Harrison Lane, Hurst, TX 76053.

3.   Defendant, Paul Barnette, is an individual who resides at 459 Elmore Moore Road, Shongalo, LA 71072 and may be served with process at that address or wherever he may be located. He may be served through the Transportation Commission. Citation is requested for this Defendant and service will be completed by a private process server.

4.   Defendant, B&N Contractors, conducts business in Texas but does not maintain a registered agent in the state of Texas. B&N Contractors is located at 152

EXHIBIT
A

Danny Mills Lane, Haynesville, LA 71038. This Defendant may be served through the Texas Secretary of State. Citation is requested for this Defendant and service will be completed by a private process server.

### III. JURISDICTION AND VENUE

5.      The Court has jurisdiction over the subject matter, because the damages are within the statutory jurisdictional limits of the Court.

6.      Venue is proper in Van Zandt County, Texas because all or a substantial part of the events giving rise to this cause of occurred in that county.

### III.     FACTS

7.      This lawsuit results from an automobile collision that occurred on or about July 2, 2015 on eastbound IH-20. Defendants followed Plaintiff too closely, striking the rear of Plaintiff's vehicle. As a result of the impact, Plaintiff suffered bodily injury.

### IV.     NEGLIGENCE

8.      At the time of the accident, Defendant, Paul Barnette, was operating his vehicle negligently. Additionally, at the time of the collision Defendant Barnette was acting in the course and scope of his employment with B&N Contractors. Specifically, Defendant Barnette and B&N Contractors vicariously had a duty to exercise ordinary care and operate the vehicle reasonably and prudently. Defendant Barnette and B&N Contractors vicariously, breached this duty in one or more of the following ways:

   a. Failure to maintain a proper lookout;

   b. Failure to make such application of the brakes as a person using ordinary care would have made;



c.  Failure to maintain proper control of the vehicle under the conditions then and there existing;

d.  Traveling at an unsafe speed; and

e.  Failure to maintain an adequate distance between the vehicle and the vehicle driven by Plaintiff.

## VI.    RESPONDEAT SUPERIOR

9.      At the time of the accident, Defendant Barnette was the agent, servant and employee of B&N Contractors and was acting within the scope of his authority as such agent, servant and employee. Defendant B&N Contractors is liable to Plaintiff for the negligence of Defendant Barnette.

## VII.    DAMAGES

10.      As a proximate result of Defendants' negligence, Plaintiff suffered bodily injury. Plaintiff suffered the following damages:

a.  Physical pain and mental anguish in the past and future;

b.  Medical expenses in the past and future;

c.  Physical impairment;

d.  Lost wages; and

e.  Property damage.

## VIII.    PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, James Hall, respectfully requests that Defendant Paul Barnette and B&N Contractors, be cited to appear and answer, and on final trial, that Plaintiff have judgment against Defendants for:

a.  Actual damages;

**PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE – Page 3**



b.  Prejudgment and post judgment interest as allowed by law;

c.  Costs of suit;

d.  Monetary relief over $200,000.00 but not more than $1,000,000.00; and

e.  Any further relief, either in law or equity, to which Plaintiff is justly entitled.

IX. REQUEST FOR DISCLOSURE

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, please disclose all information identified in Rule 194.2(a)-(l).

Respectfully submitted,

The Kashar Law Firm, P.C.
3010 LBJ Freeway, Ste. 1200
Dallas, TX 75234
Telephone: (972) 888-6018
Facsimile: (469) 249-9074
kashar@kasharlaw.com

/s/ Jennifer Kashar
_____
By: Jennifer Kashar
State Bar No. 24002074

ATTORNEYS FOR PLAINTIFF

===========================================================

**CAUSE NO. 16-00142**

===========================================================

## IN THE 294TH DISTRICT COURT OF VAN ZANDT COUNTY, TEXAS

KAREN WILSON, DISTRICT CLERK
VAN ZANDT COUNTY COURTHOUSE
121 E.DALLAS, ROOM 302
CANTON, TEXAS 75103

ATTORNEY FOR PETITIONER
JENNIFER KASHAR
3010 LBJ FREEWAY, STE 1200
DALLAS, TX 75234

===========================================================

## CITATION FOR PERSONAL SERVICE

===========================================================

## THE STATE OF TEXAS

NOTICE TO DEFENDANT:
   YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

TO:   B&N CONTRACTORS
      152 DANNY MILLS LANE
      HAYNESVILLE, LA 71038

      BY SERVING TEXAS SECRETARY OF STATE
      CITATIONS UNIT- P.O. BOX 12079
      AUSTIN, TEXAS 78711

                                           OR WHEREVER MAY BE FOUND

DEFENDANT -- GREETING:
   You are hereby commanded to appear by filing a written answer to the
   **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE**
at or before ten o'clock a.m. on the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable District Court of Van Zandt County, Texas at the Courthouse of said County in Canton, Texas.

   **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE**

was filed in said Court, on the 16th of MAY, 2016, in this **Cause No. 16-00142** on the docket of said court and styled:

JAMES HALL                    VS                    B&N CONTRACTORS

   The nature of this demand is fully shown by a true and correct copy of the petition, accompanying this citation and made a part hereof.

   The officer executing this writ shall promptly serve the same according to requirements of law, and mandates thereof, and make due return as the law directs.

   Issued and given under my hand and seal of said court at Canton, Texas, this the 17th day of May, 2016.

                              KAREN WILSON, DISTRICT CLERK
                              294TH DISTRICT COURT
                              VAN ZANDT COUNTY, TEXAS
                              BY _____
                                 MALISA CHANEY

**RETURN OF SERVICE**
**16-00142**

THE STATE OF TEXAS

294TH DISTRICT COURT

COUNTY OF VAN ZANDT

**JAMES HALL**                    VS                    **B&N CONTRACTORS**

**PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE**

NAME AND ADDRESS FOR SERVICE:
**B&N CONTRACTORS**
**152 DANNY MILLS LANE**
**HAYNESVILLE, LA 71038**

BY SERVING TEXAS SECRETARY OF STATE
OFFICE OF THE SECRETARY OF STATE
CITATIONS UNIT- P.O. BOX 12079
AUSTIN, TEXAS 78711

**OFFICER'S RETURN**

Came to hand on the _____ day of _May_ ____, 20_16_, at ____ o'clock ____.m., and executed in _____ County, Texas by delivering or attempting to deliver to each of the within named defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE**, at the following times and places, to-wit:

Name: _B&N Contractors_  Date/Time: _5-23-16 5:00p_  Place and Distance from Courthouse: _P.O. Box ____ Austin, 78711_

OR not executed as to the defendant: _By serving the Texas Secretary of State_
The diligence used in attempting to find said defendant being: _by certified mail_
_7012 2920 0000 9607 3 3215_
and the cause of failure to execute this process is: _N/A_

and the information received as to the whereabouts of said defendant being: _N/A_

FEES:
Serving Petition:    $ _____                                    _____, Officer
                                                                    _____ County, Texas
                                        By: _Corina A. Woods_ , Deputy

COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE OR CLERK OF THE COURT.
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under penalty of perjury must contain the statement below in substantially the following form:

"My name is _Corina Ann Woods_ , my date of birth is _11-17-81_ , and my address is
_____(First, Middle, Last)____
_5930 LBJ Frwy #830 Dallas, TX 75240_ .
(Street, City, Zip)
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _Travis_ County, State of _TX_ on the _26th_ day of _May_ , 20_16_.

_Corina A. Woods_
Declarant/Authorized Process Server
_10836   3/31/17_
(Id # & expiration of certification)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

B&N Contractors
C/o Texas Secretary of State
Attn: Citations Unit

P.O. Box 12079
Austin, TX, 78711-2079

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9403 0857 5215 0435 97

2. Article Number *(Transfer from service label)*

7012 2920 0000 9607 3325

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____ ☐ Agent
              ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053      Domestic Return Receipt

**CAUSE NO. 16-00142**

## IN THE 294TH DISTRICT COURT OF VAN ZANDT COUNTY, TEXAS

KAREN WILSON, DISTRICT CLERK
VAN ZANDT COUNTY COURTHOUSE
121 E.DALLAS, ROOM 302
CANTON, TEXAS 75103

ATTORNEY FOR PETITIONER
JENNIFER KASHAR
3001 LBJ FREEWAY, STE 1200
DALLAS TX 76234
BY

## CITATION FOR PERSONAL SERVICE

### THE STATE OF TEXAS

NOTICE TO RESPONDENT:
YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU, OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU.

TO:     PAUL BERNETTE,
        459 ELMORE MOORE RD                      OR WHEREVER MAY BE FOUND
        SHONGALO, LA 71072

DEFENDANT - GREETING:
You are hereby commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

at or before ten o'clock a.m. on the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable District Court of Van Zandt County, Texas at the Courthouse of said County in Canton, Texas.

PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

was filed in said Court on the 16th of May, 2016, in this Cause No. 16-00142 on the docket of said court and styled:

JAMES HALL                       VS       PAUL BERNETTE

The nature of this demand is fully shown by a true and correct copy of the petition, accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Canton, Texas, this the 17th day of May, 2016.

KAREN WILSON, DISTRICT CLERK
294TH DISTRICT COURT
VAN ZANDT COUNTY, TEXAS
BY
MALISA CHANEY

**RETURN OF SERVICE**
16-00142

THE STATE OF TEXAS

COUNTY OF VAN ZANDT

294TH DISTRICT COURT

JAMES HALL                    VS                    PAUL BERNETTE

**PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE**

NAME AND ADDRESS FOR SERVICE:
PAUL BERNETTE
459 ELMORE MOORE RD
SHONGALO, LA 71072

**OFFICER'S RETURN**

Came to hand on the _17th_ day of _May_ _2016_, at _10_ o'clock _A_ .m.,
and executed in _Travis_ _TX_ County, Texas by delivering or attempting to deliver to each of the
within named defendants in person a true copy of this Citation with the date of delivery endorsed thereon,
together with the accompanying copy of the **PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR
DISCLOSURE**, at the following times and places, to-wit:

Name _Paul_          Date/Time         Place and Distance from Courthouse
_Barnette_      _5-17-16 7:04A_   _125 E 11th St Austin TX 78701_
                                   _(by serving) The Texas Transportation_
OR not executed as to the defendant _____
                                   _Commission_
The diligence used to find said defendant being:
_&H by certified mail # 7012 2920 0000 8009 8318_
and the cause of failure to execute this process is:

and the information received as to the whereabouts of said defendant being:

FEES:
Serving Petition          $ _____

_____ County, Texas

By: _Corinna A Woods_ _____ Deputy.

*COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.*
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall
sign the return. The return must either be verified or be signed under penalty of perjury. A return signed under
penalty of perjury must contain the statement below in substantially the following form:

"My name is _Corina Ann Woods_ , my date of birth is _11-17-79_ , and my address is
                 (First, Middle, Last)
_5930 LBJ Frwy #330, Dallas, TX, 75240_
(Street, City, Zip)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed in _Travis_ County, State of _TX_ , on the _26th_ day of _May_ , 20 _16_.

_Corina A. Woods_
Declarant/Authorized Process Server
_10836     3 31 17_
(Id # & expiration of certification)

CERTIFIED COPY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paul Barnette
C/o Texas Department of
Transportation
125 E. 11th St.
Austin, TX, 78701

9590 9403 0857 5215 0436 03

2. Article Number (Transfer from service label)
7012 2920 0000 9607 3318

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Randall Tod      MAY 23 2016

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:            ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☑ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt