IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| JAMES HALL | § | |
| | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 6:16-CV-499 |
| | § | |
| PAUL BARNETTE, *et al.* | § | |

## FINAL JUDGMENT

A jury trial commenced in this case on November 13, 2017, and the jury reached and returned its verdict on November 14, 2017. The jury having reached a unanimous verdict, it is

**ORDERED** and **ADJUDGED** that Plaintiff take nothing and that the action be **DISMISSED** with prejudice on the merits.

So ORDERED and SIGNED this 14th day of November, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

1